UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

J.A., minor, by her Guardian ad Litem, LUZ ANA VENEGAS, individually and as successor-in-interest to Decedent, ARTEMIO ALFARO,

Plaintiff,

v.

THE COUNTY OF MADERA., *et al.*

Defendants.

Case No. 1:21-cv-252-KES-EPG

ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

(ECF No. 109)

On November 16, 2026, the parties filed a joint stipulation of dismissal with prejudice, stating the following:

> The parties in this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, each party to bear their own attorney's fees and costs.

(ECF No. 109)

In light of the parties' stipulation and the prior approval of the Minor's Settlement in Part on August 17, 2026 (ECF No. 101), the parties' stipulation shall be GRANTED.

\\\

\\\

\\\

\\\

This action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)[1] and has been dismissed with prejudice.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **November 20, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[1] While the joint stipulation refers to FRCP 41(a)(1)(A)(i), that subsection of Rule 41 is not applicable, as Defendant has made an appearance.